# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO TOLEDO,<br><br>Defendant. | CR-1:10-CR-00212 LJO<br><br>ORDER TO RE-SET SENTENCING DATE TO 5/27/11 at 8:30 a.m. |

Based on the stipulation between counsel and the declaration of KATHERINE concerning scheduling difficulties, it is hereby ordered that the sentencing in the case of U.S. v. ARMANDO TOLEDO will be set as follows:

Sentencing: May 27, 2011 at 8:30 a.m.

Objections to be filed with Court and Served on United States Probation and the Office of the United States Attorney: May 20, 2011;

Informal Objections due to Probation and United States Attorney: May 6, 2011;

Report Available: April 22, 2011

IT IS SO ORDERED.

**Dated:   March 7, 2011**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1